UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN OYTEGA,<br><br>       Plaintiff,<br><br>   -against-<br><br>OTIS BANTUM CORRECTIONAL<br>FACILITY, ET AL.,<br><br>       Defendants. | 24-cv-9616 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 14, 2025, order, the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 18, 2025
    New York, New York

          /s/ Laura Taylor Swain
           LAURA TAYLOR SWAIN
         Chief United States District Judge